| AO 10 Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Immergut, Karin | 2. Court or Organization U.S. District Court, District of Oregon | 3. Date of Report 05/10/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III, active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 **to** 12/31/2020 |
| 7. Chambers or Office Address Hatfield Federal Courthouse 1000 SW Third Avenue Portland, Oregon 97204 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Classroom Law Project |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Public Employee Retirement System defined benefit plan |
| 2. | 2009 | State of Oregon: Judicial Pension |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Ball Janik LLP, partnership income |
| 2. | 2020 | Rare Bird Books, royalties from publisher for book sales |
| 3. | 2020 | Aspen Lodging Group LLC, Board of Directors compensation |
| 4. | 2020 | Provenance Hotel Partners Fund I LLC, Board of Directors compensation |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Immergut, Karin | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  FMI International FMIJX | A | Dividend | K | T | | | | | |
| 2.  Parnassus Equity Income PRBLX | A | Dividend | K | T | | | | | |
| 3.  Parnassus Mid-Cap PARMX | A | Dividend | K | T | | | | | |
| 4.  Schwab S&P 500 Index Fund SWPPX | B | Dividend | L | T | | | | | |
| 5.  Schwab Small Cap Index SWSSX | A | Dividend | J | T | | | | | |
| 6.  Baird Core Plus Bond Inst BCOIX | B | Dividend | K | T | | | | | |
| 7.  Cash Balance Held by Captrust | A | Int./Div. | K | T | | | | | |
| 8.  EOF - Semper Vic Partners QP LP | | None | M | U | | | | | |
| 9.  EOF - Kensico Partners LP | | None | K | U | Sold<br>(part) | 01/02/20 | K | | Excelsior |
| 10.  EOF - Kensico Partners LP | | None | K | U | Sold<br>(part) | 04/15/20 | J | | Excelsior |
| 11.  EOF - Energy Master Limited Partnerships | | None | | | Sold | 12/31/20 | M | | Excelsior |
| 12.  BH Muni Plus Account (H) | | | | | | | | | |
| 13.  Alachua Cnty Fla Sc 07/01/2024 5.000%<br>Call 07/01/2023 100.000 | A | Interest | K | T | | | | | |
| 14.  Allegheny Cnty Pa San Auth Swr<br>06/01/2032 5.000% Call 06/01/2028 100.0 | B | Interest | K | T | | | | | |
| 15.  Arapahoe Cnty Colo Sch Dist No<br>12/15/2028 2.500% Call 12/15/2027 100.0 | A | Interest | K | T | | | | | |
| 16.  Bridgeport Conn 08/15/2030 5.000% Call<br>08/15/2028 100.000 | A | Interest | J | T | | | | | |
| 17.  CALIFORNIA STATEWIDE CMNTYS DE<br>5% 10/01/2034 | A | Interest | K | T | Buy | 04/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Chattanooga Tenn Health Edl & 10/01/2026 5.000% Call 10/01/2025 100.00 | A | Interest | K | T | | | | | |
| 19. Cook Cnty Ill Sch 12/01/2023 5.000% Call 12/01/2021 100.000 | A | Interest | K | T | | | | | |
| 20. COOK CNTY ILL SCH DIST NO 094 4% 12/01/2035 | A | Interest | J | T | Buy | 07/13/20 | J | | |
| 21. Crestwood Vlg Ill 12/15/2029 5.000% Call 12/15/2023 100.000 | A | Interest | K | T | | | | | |
| 22. Denver Colo City & Cnty Ctfs P 06/01/2027 5.000% Call 06/01/2026 100.0 | A | Interest | K | T | | | | | |
| 23. DUNDEE TWP ILL PK DIST 3% 12/15/2030 | A | Interest | K | T | Buy | 11/20/20 | K | | |
| 24. Folsom Cordova Calif Uni Sch D 4.000 10/01/35 10/01/2035 4.000% Call 1 | A | Interest | J | T | | | | | |
| 25. Garvin Cnty Okla Edl Facs Auth 09/01/2025 5.000% | A | Interest | J | T | | | | | |
| 26. Garvin Cnty Okla Edl Facs Auth 09/01/2029 5.000% Call 09/01/2028 100.0 | A | Interest | K | T | | | | | |
| 27. Governors St Univ Ill Ctfs Par 07/01/2024 5.000% | B | Interest | K | T | | | | | |
| 28. HAMDEN CONN 5% 08/01/2032 | A | Interest | J | T | Buy | 07/23/20 | J | | |
| 29. HAMDEN CONN 5% 08/01/2035 | A | Interest | J | T | Buy | 07/23/20 | J | | |
| 30. Harrisburg Pa Sch Dist 11/15/2027 5.000% | A | Interest | J | T | | | | | |
| 31. Illinois St 05/01/2024 5.000% | A | Interest | J | T | | | | | |
| 32. Illinois St 10/01/2020 5.000% | A | Interest | | | Sold | 10/01/20 | J | | |
| 33. Jackson Cnty Ore Arpt Rev 12/01/2028 5.000% Call 06/01/2026 100.000 | A | Interest | K | T | | | | | |
| 34. KENDALL KANE & WILL CNTYS ILL 5% 02/01/2029 | A | Interest | J | T | Buy | 10/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Lake Superior St Univ Mich Rev 01/15/2028 4.000% | A | Interest | K | T | | | | | |
| 36. | Maine St Hsg Auth Mtg Pur 2.600 11/15/34 11/15/2034 2.600% Call 11/15/ | A | Interest | K | T | | | | | |
| 37. | Maine St Hsg Auth Mtg Pur 11/15/2029 3.150% Call 11/15/2027 100.000 | A | Interest | J | T | | | | | |
| 38. | Maine St Hsg Auth Mtg Pur 11/15/2033 3.500% Call 05/15/2027 100.000 | A | Interest | K | T | | | | | |
| 39. | Mifflinburg Area Sch Dist Pa 04/15/2026 3.000% Pre-Refunded 04/15/2020 | A | Interest | | | Sold | 04/16/20 | K | | |
| 40. | Minnesota St Hsg Fin Agy Local Or Gtd Hsng Rev 07/01/2021 2.450% | A | Interest | | | Sold | 04/01/20 | J | | |
| 41. | New Hampshire St Business Fin 10/01/2033 2.800% | A | Interest | K | T | | | | | |
| 42. | NEW JERSEY ECONOMIC DEV AUTH R 5% 11/01/2031 | A | Interest | K | T | Buy | 01/13/20 | K | | |
| 43. | New Jersey St Edl Facs Auth Re 07/01/2022 4.000% | A | Interest | K | T | | | | | |
| 44. | New York St Mtg Agy Homeowner 04/01/2031 3.700% Call 10/01/2027 100.00 | A | Interest | J | T | | | | | |
| 45. | Ohio St Hsg Fin Agy Residentia 09/01/2030 2.900% Call 09/01/2026 100.0 | A | Interest | J | T | Sold<br>(part) | 12/01/20 | J | | |
| 46. | Oregon St Bd Bk Rev 01/01/2031 5.000% Call 01/01/2026 100.000 | A | Interest | J | T | | | | | |
| 47. | OREGON ST HSG & CMNTY SVCS DEP 1.6% 07/01/2021 | A | Interest | J | T | Buy | 05/28/20 | J | | |
| 48. | OREGON ST HSG & CMNTY SVCS DEP 1.6% 07/01/2021 | | None | K | T | Sold<br>(part) | 07/01/20 | J | | |
| 49. | Oregon St Hsg & Cmnty Svcs Dep 07/01/2030 3.300% Call 07/01/2027 100.0 | A | Interest | K | T | | | | | |
| 50. | Philadelphia Pa 09/01/2021 5.250% Pre-Refunded 09/01/2020 100.00 | A | Interest | | | Sold | 09/01/20 | J | | |
| 51. | Port Huron Mich Area Sch Dist 05/01/2028 4.000% Call 05/01/2026 100.00 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Portland Me Arpt Rev 01/01/2026 5.000% | A | Interest | J | T | | | | | |
| 53. Portland Ore Wtr Sys Rev 05/01/2026 4.000% Pre-Refunded 05/01/2020 100 | A | Interest | | | Sold | 05/01/20 | K | | |
| 54. SOUTHFIELD MASS REDEV AUTH INF 6% 08/15/2033 | A | Interest | K | T | Buy | 12/18/20 | K | | |
| 55. Tradition Community 05/01/2025 4.000% Call 05/01/2024 100.000 | A | Interest | K | T | | | | | |
| 56. Upper Republican Nat Res Dist 12/15/2022 3.000% | A | Interest | K | T | | | | | |
| 57. Viridian Mun Mgmt Dist Tex 12/01/2025 4.000% Call 12/01/2023 100.000 | A | Interest | K | T | | | | | |
| 58. West Rankin Miss Util Auth Rev 01/01/2027 5.000% Call 01/01/2025 100.0 | A | Interest | J | T | | | | | |
| 59. Willow Springs Ill 12/15/2020 3.000% | A | Interest | | | Sold | 12/15/20 | J | | |
| 60. Winston Salem St Un 06/01/2020 5.000% | A | Interest | | | Sold | 06/01/20 | J | | |
| 61. Wyoming Cmnty Dev Auth Hsg Rev 12/01/2024 2.800% Call 06/01/2024 100.0 | A | Interest | J | T | | | | | |
| 62. Wyoming Cmnty Dev Auth Hsg Rev 12/01/2025 2.875% Call 06/01/2024 100.0 | A | Interest | J | T | | | | | |
| 63. Schwab Government Money Market Fund | A | Interest | J | T | Sold (part) | 12/21/20 | K | A | |
| 64. Cash held by Belle Haven Bond Investment Co. | A | Interest | M | T | | | | | |
| 65. Individual Account 1 (H) | | | | | | | | | |
| 66. American Funds Europacific Growth F3 FEUPX | A | Dividend | M | T | Buy (add'l) | 06/30/20 | K | | |
| 67. Artisan International Value Advisor APDKX | | None | | | Sold | 06/30/20 | M | | |
| 68. Fidelity International Small Cap FISMX | | None | | | Sold | 06/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. MFS® New Discovery Value I NDVIX | A | Dividend | K | T | Sold<br>(part) | 06/30/20 | K | | |
| 70. Invesco/Oppenheimer Developing Markets I ODVIX | A | Dividend | K | T | Buy<br>(add'l) | 02/11/20 | J | | |
| 71. PIMCO StocksPLUS® Small Institutional PSCSX | | None | | | Sold | 06/30/20 | K | | |
| 72. Schwab US Large-Cap Value ETF™ SCHV | | None | | | Sold | 06/30/20 | M | | |
| 73. Thornburg Inv Income Builder - I TIBIX | B | Int./Div. | | | Sold | 06/30/20 | K | | |
| 74. Vanguard Growth ETF VUG | A | Dividend | M | T | | | | | |
| 75. Vanguard Value VTV | A | Dividend | | | Sold | 06/30/20 | K | | |
| 76. WisdomTree Midcap Dividend DON | B | Int./Div. | | | Sold | 06/30/20 | L | | |
| 77. Cash Balance held by Captrust | A | Interest | J | T | | | | | |
| 78. Fidelity 500 Index Fund FXAIX | C | Dividend | N | T | Buy | 06/30/20 | N | | |
| 79. Doubline Shiller Enhanced CAP DSEEX | A | Dividend | L | T | Buy | 06/30/20 | L | | |
| 80. MFS International Growth MQGIX | A | Dividend | L | T | Buy | 06/30/20 | L | | |
| 81. JP Morgan Large Cap Growth SEEGX | C | Dividend | L | T | Buy | 06/30/20 | L | | |
| 82. Technology Sector ETF XLK | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 83. T. Rowe Price US Small Cap Gr TQAIX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 84. Healthcare Sector ETF XLV | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 85. Schwab Small Cap Index SWSSX | A | Dividend | K | T | Buy | 11/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.     IRA Account 1 (H) | | | | | | | | | |
| 87.     Artisan International Value Advisor APDKX | | None | | | Sold | 06/30/20 | K | | |
| 88.     Fidelity International Small Cap FISMX | | None | | | Sold | 06/30/20 | J | | |
| 89.     First Eagle SoGen Global I SGIIX | | None | | | Sold | 06/30/20 | J | | |
| 90.     Invesco/Oppenheimer Developing Markets I ODVIX | A | Dividend | J | T | | | | | |
| 91.     Thornburg Inv Income Builder - I TIBIX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 92.     Vanguard Growth ETF VUG | A | Dividend | | | Sold | 06/30/20 | K | | |
| 93.     Vanguard Value VTV | B | Dividend | | | Sold | 06/30/20 | L | | |
| 94.     WisdomTree Midcap Dividend DON | A | Dividend | | | Sold | 06/30/20 | K | | |
| 95.     WisdomTree S/C Dvd Fd (Etf) DES | A | Dividend | | | Sold | 06/30/20 | K | | |
| 96.     Doubleline Total Ret Bd-I DBLTX | B | Int./Div. | | | Sold | 06/30/20 | K | | |
| 97.     PIMCO Foreign Bond Inst PFORX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 98.     Riverpark Short Term H/Y- RPHYX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 99.     Riverpark Strategic RSIIX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 100.   Riverpark Strategic Income Ins Tl RPHIX | A | Int./Div. | | | Sold | 03/13/20 | J | | |
| 101.   Thornburg Ltd Term Income I THIIX | A | Int./Div. | | | Sold | 06/30/20 | L | | |
| 102.   Wells Fargo Advtg Short | A | Int./Div. | | | Sold | 06/30/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|    (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
|    (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
|    (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  SPDR Gold Shares GLD | | None | | | Sold | 06/30/20 | J | | |
| 104.  Cash Balance held by Captrust | A | Interest | J | T | | | | | |
| 105.  Fidelity 500 Index Fund FXAIX | B | Dividend | M | T | Buy | 06/30/20 | M | | |
| 106.  FID Intermediate Bond FTHRX | B | Dividend | L | T | Buy | 06/30/20 | L | | |
| 107.  Doubleline Core Fixed Income DBLFX | A | Dividend | L | T | Buy | 06/30/20 | K | | |
| 108.  Guggenheim Total Return Bond GIBIX | B | Int./Div. | L | T | Buy | 06/30/20 | L | | |
| 109.  Doubline Shiller Enhanced CAP DSEEX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 110.  PIMCO Income Fund PIMIX | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 111.  JP Morgan Large Cap Growth SEEGX | B | Dividend | K | T | Buy | 06/30/20 | K | | |
| 112.  Angel Oak Multi-Strategy Income ANGIX | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 113.  EuroPacific Growth FEUPX | A | Dividend | K | T | Buy | 06/30/20 | J | | |
| 114.  MFS International Growth MQGIX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 115.  Technology Sector ETF XLK | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 116.  ishares 1-3 Year Treasury Bond SHY | A | Int./Div. | J | T | Buy | 09/04/20 | K | | |
| 117.  T. Rowe Price US Small Cap Growth TQAIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 118.  MFS New Discovery Value Fund NDVIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 119.  Healthcare Sector Fund XLV | A | Dividend | J | T | Buy | 06/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Schwab Small Cap Index SWSSX | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 121.  ishares MBS ETF MBB | | None | J | T | Buy | 12/15/20 | J | | |
| 122.  IRA Account 2 (H) | | | | | | | | | |
| 123.  American Funds Europacific Growth F3 FEUPX | A | Dividend | J | T | Sold (part) | 06/30/20 | J | | |
| 124.  Artisan International Value Advisor APDKX | | | | | Sold | 06/30/20 | J | | |
| 125.  Artisan Intl Val Fd Investor ARTKX | | None | | | Sold | 06/30/20 | J | | |
| 126.  Fidelity International Small Cap FISMX | A | Dividend | | | Sold | 06/30/20 | J | | |
| 127.  MFS® New Discovery Value I NDVIX | A | Dividend | J | T | | | | | |
| 128.  Invesco/Oppenheimer Developing Markets I ODVIX | A | Dividend | J | T | | | | | |
| 129.  PIMCO StocksPLUS® Small Institutional PSCSX | A | Dividend | | | Sold | 06/30/20 | J | | |
| 130.  Vanguard Growth ETF VUG | A | Dividend | | | Sold | 06/30/20 | J | | |
| 131.  Vanguard Value VTV | A | Dividend | | | Sold | 06/30/20 | K | | |
| 132.  WisdomTree Midcap Dividend DON | A | Dividend | | | Sold | 06/30/20 | J | | |
| 133.  Doubleline Total Ret Bd-I DBLTX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 134.  PIMCO Foreign Bond Inst PFORX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 135.  Riverpark Short Term H/Y- RPHYX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 136.  RiverPark Short Term High Yield Retail RPHIX | A | Int./Div. | | | Sold | 06/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Riverpark Strategic Income Ins Tl RSIIX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 138.  Thornburg Ltd Term Income I THIIX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 139.  Wells Fargo Advantage Short-Term Bd A | A | Int./Div. | | | Sold | 03/03/20 | J | | |
| 140.  Wells Fargo Advtg Short | A | Int./Div. | | | Sold | 03/03/20 | J | | |
| 141.  SPDR Gold Shares GLD | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 142.  Cash Balance held by Captrust | A | Interest | J | T | | | | | |
| 143.  Fidelity 500 Index FXAIX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 144.  FID Intermediate Bond FTHRX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 145.  Doubleline Core Fixed Income DBLFX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 146.  Guggenheim Total Return Bond GIBIX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 147.  Doubline Shiller Enhanced CAP DSEEX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 148.  PIMCO Income Fund PIMIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 149.  JP Morgan Large Cap Growth SEEGX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 150.  Angel Oak Multi-Strategy Income ANGIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 151.  MFS International Growth MQGIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 152.  Technology Sector ETF XLK | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 153.  iShares 1-3 Year Treasury Bond ETF SHY | A | Dividend | J | T | Buy | 09/04/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. T. Rowe Price US Small Cap Growth TQAIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 155. Health Care Sector ETF XLV | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 156. Schwab Small Cap Index SWSSX | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 157. iShares MBS ETF MBB | A | Dividend | J | T | Buy | 12/15/20 | J | | |
| 158. Life Path 2030 | | None | N | T | | | | | |
| 159. 401K Account (H) | | | | | | | | | |
| 160. Dodge and Cox Balanced | F | Dividend | O | T | | | | | |
| 161. Fidelity International Index | E | Dividend | N | T | | | | | |
| 162. Pimco Total Return Admin | E | Dividend | O | T | | | | | |
| 163. Vanguard Growth Index Fund | G | Dividend | O | T | | | | | |
| 164. Vanguard MidCap Value Index Fund | F | Dividend | N | T | | | | | |
| 165. Wells Fargo Bank Accounts | B | Interest | O | T | | | | | |
| 166. Oregon Venture Fund (formerly Angel Fund) | C | Distribution | M | T | | | | | |
| 167. State Judicial Pension (PERS) | | None | M | T | | | | | |
| 168. UGMA Account (H) | | | | | | | | | |
| 169. Schw Emg Mkt Eq Etf SCHE | A | Dividend | | | Sold | 06/30/20 | J | | |
| 170. Schw Intl Eq Etf SCHF | A | Dividend | | | Sold | 06/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Schwab International Small-Cap Eq ETF™ SCHC | A | Dividend | | | Sold | 06/30/20 | J | | |
| 172. Schwab US Large-Cap Growth ETF™ SCHG | A | Dividend | K | T | | | | | |
| 173. Schwab US Large-Cap Value ETF™ SCHV | A | Dividend | | | Sold | 06/30/20 | J | | |
| 174. Spdr DJ Wilshire Small Cap Value SLYV | A | Dividend | | | Sold | 06/30/20 | J | | |
| 175. SPDR® S&P 400 Mid Cap Value ETF MDYV | A | Dividend | | | Sold | 06/30/20 | J | | |
| 176. Doubleline Total Return Bond Fund DBLTX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 177. Thornburg Ltd Term Muni Inc LTMFX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 178. Thornburg Ltd Trm Muni Fd THIIX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 179. Cash Balance Held by Captrust | A | Interest | J | T | | | | | |
| 180. Fidelity 500 Index FXAIX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 181. Nuveen Intermediate Dur Muni NUVBX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 182. Fidelity Sch Str Tr Inter Muni FLTMX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 183. Angel Oak Multi-Strategy ANGIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 184. Tax-Exempt Bond of America TFEBX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 185. Invesco/Oppenheimer Short-Term Muni Fund ODVIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 186. Doubline Shiller Enhanced CAP DSEEX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 187. PIMCO Income Fund PIMIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. EuroPacific Growth FEUPX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 189. MFS International MQGIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 190. JP Morgan Large-Cap Growth SEEGX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 191. Invesco Developing Markets ODVIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 192. T. Rowe Price US Small Cap Growth TQAIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 193. Technology Sector ETF XLK | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 194. Healthcare Sector ETF XLV | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 195. Alaska St Hsg Fin Corp 12/01/2030 5.000% Call 06/01/2029 100.000 | A | Interest | K | T | | | | | |
| 196. BELLINGHAM MASS 2% 11/15/2023 | A | Interest | K | T | Buy | 06/26/20 | K | | |
| 197. Broome cnty y loc de corp r 5% 04/01/2031 | A | Interest | K | T | Buy | 08/14/20 | K | | |
| 198. Calumet City Ill 03/01/2020 4.000% | A | Interest | | | Sold | 03/02/20 | K | | |
| 199. Chemeketa Ore Cmnty College Di 06/15/2020 5.000% | A | Interest | | | Sold | 06/15/20 | J | | |
| 200. Clackamas Cnty Ore Sch Dist No 06/01/2029 5.000% Call 06/01/2027 100.0 | A | Interest | K | T | | | | | |
| 201. Coachella Calif Redev Agy Succ 09/01/2027 5.000% Call 09/01/2026 100.0 | B | Interest | K | T | | | | | |
| 202. Cochise Cnty Ariz Cmnty Colleg 07/01/2024 5.000% | B | Interest | K | T | | | | | |
| 203. Cook Cnty Ill Sch Dist No 145 4.000 12/01/29 12/01/2029 4.000% Call 12 | A | Interest | J | T | | | | | |
| 204. Crestwood Vlg Ill 12/15/2026 4.500% Call 12/15/2022 100.000 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Eastmark Cmnty Facs Dist No 1 4.000 07/15/31 07/15/2031 4.000% Call 07 | A | Interest | J | T | | | | | |
| 206. Idaho Hsg & Fin Assn Single Fa 2.150 01/01/30 01/01/2030 2.150% Call 0 | A | Interest | K | T | | | | | |
| 207. Indianapolis Ind Lo 06/01/2021 5.000% | A | Interest | K | T | | | | | |
| 208. Iowa Fin Auth Single Family Mt 07/01/2022 2.000% | A | Interest | K | T | | | | | |
| 209. Kentucky Inc Ky Pub Energy 4.000 02/01/50 02/01/2050 4.000% Call 11/01 | A | Interest | J | T | | | | | |
| 210. Knox and Warren Cntys Ill Cmnty 4% 12/1/2031 | A | Interest | J | T | Buy | 10/07/20 | J | | |
| 211. La Mirada Calif Redev Agy Succ Sub Tax Alloc Ref B 08/15/2024 5.000% | A | Interest | J | T | | | | | |
| 212. Lane Cmnty College Ore 06/15/2022 4.000% | A | Interest | K | T | | | | | |
| 213. Longmont Colo Elect 12/01/2025 4.000% Call 12/01/2022 100.000 | A | Interest | K | T | | | | | |
| 214. Madison & Jersey Cntys Ill Cmn 12/01/2023 4.000% | A | Interest | K | T | | | | | |
| 215. Maricopa Cnty Ariz Uni Sch Dis 5% 07/01/2032 | A | Interest | J | T | Buy | 04/23/20 | J | | |
| 216. Marion Cnty Ore Sch Dist No 10 06/01/2031 5.000% Call 06/01/2029 100.0 | A | Interest | K | T | | | | | |
| 217. Michigan St Hsg Dev Auth 2.300 10/01/29 10/01/2029 2.300% Call 10/01/2 | A | Interest | J | T | | | | | |
| 218. Midlothian Ill 4.000 01/01/31 01/01/2031 4.000% Call 01/01/2029 100.00 | A | Interest | J | T | | | | | |
| 219. New Caney Tex In 02/15/2022 6.250% | A | Interest | K | T | | | | | |
| 220. New York St Mtg Agy Homeowner 10/01/2025 1.950% Call 04/01/2025 100.00 | A | Interest | J | T | | | | | |
| 221. Orange Cnty Fla Tourist Dev Ta 10/01/2028 5.000% | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>mm/dd/yy | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Oregon St Dept Administrative 04/01/2030 5.000% Call 04/01/2027 100.00 | A | Interest | J | T | | | | | |
| 223. Oregon St Facs Auth Rev 10/01/2020 5.000% | A | Interest | | | Sold | 10/01/20 | J | | |
| 224. Oregon St Facs Auth Rev 11/15/2024 5.000% Call 05/15/2024 100.000 | A | Interest | K | T | | | | | |
| 225. Oregon St Facs Auth Rev 6/1/2033 5.000% | A | Interest | K | T | Buy | 12/14/20 | K | | |
| 226. Oregon St Hsg & Cmnty Svcs Dep 01/01/2026 2.700% | A | Interest | K | T | | | | | |
| 227. Oregon St Hsg & Cmnty Svcs Dep 07/01/2021 1.600% | A | Interest | J | T | | | | | |
| 228. Oregon St Hsg & Cmnty Svcs Dep 07/01/2027 2.950% | A | Interest | K | T | | | | | |
| 229. Pawtucket R I 07/15/2028 5.000% | A | Interest | J | T | | | | | |
| 230. Port Portland Ore Arpt Rev 07/01/2027 5.000% Call 07/01/2025 100.000 | A | Interest | K | T | | | | | |
| 231. Port Portland Ore Arpt Rev 05/01/2022 | A | Interest | J | T | Buy | 03/17/20 | J | | |
| 232. Rhode Island St Tpk & Brdg Aut 10/01/2023 3.000% | A | Interest | K | T | | | | | |
| 233. Rio Blanco Cnty Colo Sch Dist 12/01/2030 5.500% Call 12/01/2028 100.00 | A | Interest | J | T | | | | | |
| 234. San Antonio Tex Wtr 05/15/2020 5.000% | A | Interest | | | Sold | 05/15/20 | J | | |
| 235. Southwestern Polk Cnty Rural 4.000 12/15/26 12/15/2026 4.000% | A | Interest | J | T | | | | | |
| 236. St Clair Cnty Ill High Sch Dis 12/01/2020 3.000% | A | Interest | | | Sold | 12/01/20 | K | | |
| 237. Travis Calif Uni Sch Dist Ctfs 09/01/2028 5.000% Call 09/01/2025 100.0 | B | Interest | K | T | | | | | |
| 238. Washington Cnty Ore 10/01/2021 5.000% | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. West Lafayette Ind Sch Bldg Co 07/15/2029 5.000% Call 07/15/2027 100.0 | A | Interest | K | T | | | | | |
| 240. WESTFIELD IN HIGH SCH 95 BLDG CORP 1ST MTG B B/E S 07/15/2025 3.000% | A | Interest | J | T | | | | | |
| 241. Whittier Calif Redev Successor 11/01/2026 5.000% Call 11/01/2025 100.0 | A | Interest | K | T | | | | | |
| 242. Wisconsin Hsg & Economic Dev A 03/01/2025 2.350% | A | Interest | K | T | | | | | |
| 243. Wyoming Cmnty Dev Auth Hsg Rev 12/01/2024 2.500% | A | Interest | K | T | | | | | |
| 244. Schwab Government Money Fund | A | Interest | J | T | | | | | |
| 245. Individual Account 2 (H) | | | | | | | | | |
| 246. American Funds Europacific Growth F3 FEUPX | B | Dividend | M | T | | | | | |
| 247. Artisan International Value Advisor APDKX | A | Dividend | | | Sold | 06/30/20 | M | | |
| 248. Fidelity International Small Cap FISMX | A | Dividend | | | Sold | 06/30/20 | K | | |
| 249. First Eagle SoGen Global I SGIIX | A | Dividend | | | Sold | 06/30/20 | L | | |
| 250. MFS® New Discovery Value I NDVIX | A | Dividend | K | T | Sold (part) | 06/30/20 | L | | |
| 251. Oppenheimer Developing ODVYX | A | Dividend | | | Sold | 06/30/20 | J | | |
| 252. Invesco/Oppenheimer Developing Markets I ODVIX | A | Dividend | L | T | | | | | |
| 253. PIMCO StocksPLUS® Small Institutional PSCSX | A | Dividend | | | Sold | 06/30/20 | K | | |
| 254. Schwab US Large-Cap Value ETF™ SCHV | B | Dividend | | | Sold | 06/30/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 255. Thornburg Inv Income Builder - I TIBIX | B | Int./Div. | | | Sold | 06/30/20 | L | | |
| 256. Vanguard Growth ETF VUG | B | Dividend | M | T | | | | | |
| 257. Vanguard Small Cap ETF VB | A | Dividend | | | Sold | 06/30/20 | K | | |
| 258. WisdomTree Midcap Dividend DON | B | Dividend | | | Sold | 06/30/20 | M | | |
| 259. Cash Balance Held by Captrust | A | Interest | J | T | | | | | |
| 260. FIDELITY 500 INDEX FUND FXAIX | D | Dividend | N | T | Buy | 06/30/20 | N | | |
| 261. DOUBLINE SHILLER ENHANCED CAP CL I DSEEX | B | Dividend | M | T | Buy | 06/30/20 | M | | |
| 262. MFS INTERNATIONAL GROWTH FD CL I MQGIX | A | Dividend | M | T | Buy | 06/30/20 | M | | |
| 263. JP MORGAN LARGE-CAP GROWTH FUND SELECT CLASS SEEGX | D | Dividend | M | T | Buy | 06/30/20 | L | | |
| 264. TECHNOLOGY SELECT SECTOR SPDR FUND XLK | A | Dividend | L | T | Buy | 06/30/20 | L | | |
| 265. T. ROWE PRICE QM US SMALL CAP GR EQ I TQAIX | B | Dividend | K | T | Buy | 06/30/20 | K | | |
| 266. SCHWAB SMALL CAP INDEX SELECT SHS SWSSX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 267. HEALTH CARE SELECT SECTOR SPDR FUND XLV | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 268. IRA 3 (H) | | | | | | | | | |
| 269. Artisan International Value Advisor APDKX | A | Dividend | | | Sold | 06/30/20 | K | | |
| 270. Fidelity International Small Cap FISMX | A | Dividend | | | Sold | 06/30/20 | J | | |
| 271. Green Growth Brands Inc GGBXF | A | Dividend | | | Sold | 06/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 272. Invesco/Oppenheimer Developing Markets I ODVIX | A | Dividend | J | T | | | | | |
| 273. Vanguard Growth ETF VUG | A | Dividend | | | Sold | 06/30/20 | K | | |
| 274. Vanguard Value VTV | A | Dividend | | | Sold | 06/30/20 | K | | |
| 275. WisdomTree Midcap Dividend DON | A | Dividend | | | Sold | 06/30/20 | K | | |
| 276. Doubleline Total Ret Bd-I DBLTX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 277. PIMCO Foreign Bond Inst PFORX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 278. Riverpark Short Term H/Y- RPHYX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 279. Riverpark Strategic Income Ins Tl RSIIX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 280. Thornburg Ltd Term Income I LTMIX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 281. Wells Fargo Advantage Short-Term Bd A | A | Int./Div. | | | Sold | 03/02/20 | K | | |
| 282. Wells Fargo Advtg Short | A | Int./Div. | | | Sold | 03/02/20 | J | | |
| 283. SPDR Gold Shares GLD | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 284. Cash Balance Held by Captrust | A | Interest | J | T | | | | | |
| 285. ANGEL OAK MULTI-STRATEGY INCOME INSTL ANGIX | A | Int./Div. | J | T | Buy | 06/30/20 | J | | |
| 286. DOUBLELINE CORE FIXED INCOME FUND CLASS I DBLFX | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 287. DOUBLINE SHILLER ENHANCED CAP CL I DSEEX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 288. EUROPACIFIC GROWTH FUND CLASS F3 FEUPX | A | Dividend | J | T | Buy | 03/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 289. FID INTERMED BOND FTHRX | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 290. FIDELITY 500 INDEX FUND FXAIX | A | Dividend | L | T | Buy | 06/30/20 | L | | |
| 291. GUGGENHEIM TOTAL RETURN BOND FUND INSTITUTIONAL GIBIX CLASS | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 292. HEALTH CARE SELECT SECTOR SPDR FUND XLV | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 293. ISHARES 1-3 YEAR TREASURY BOND ETF SHY | A | Int./Div. | J | T | Buy | 09/04/20 | J | | |
| 294. ISHARES MBS ETF MBB | A | Int./Div. | J | T | Buy | 12/15/20 | J | | |
| 295. JP MORGAN LARGE-CAP GROWTH FUND SELECT CLASS SEEGX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 296. MFS INTERNATIONAL GROWTH FD CL I MQGIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 297. MFS NEW DISCOVERY VALUE FUND CL I NDVIX | A | Int./Div. | J | T | Buy | 03/13/20 | J | | |
| 298. PIMCO INCOME FUND INSTITUTIONAL FUND PIMIX | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 299. SCHWAB SMALL CAP INDEX SELECT SHS SWSSX | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 300. T. ROWE PRICE QM US SMALL CAP GR EQ I TQAIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 301. TECHNOLOGY SELECT SECTOR SPDR FUND XLK | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 302. IRA 4 (H) | | | | | | | | | |
| 303. American Funds Europacific Growth F3 FEUPX | A | Dividend | J | T | Sold (part) | 06/30/20 | J | | |
| 304. Artisan International Value Advisor APDKX | A | Dividend | | | Sold | 06/30/20 | J | | |
| 305. Fidelity International Small Cap FISMX | A | Dividend | | | Sold | 06/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 306. MFS® New Discovery Value I NDVIX | A | Dividend | J | T | Sold<br>(part) | 06/30/20 | J | | |
| 307. Invesco/Oppenheimer Developing Markets I ODVIX | A | Dividend | J | T | | | | | |
| 308. PIMCO StocksPLUS® Small Institutional PSCSX | A | Dividend | | | Sold | 06/30/20 | J | | |
| 309. Vanguard Growth ETF VUG | A | Dividend | | | Sold | 06/30/20 | J | | |
| 310. Vanguard Value VTV | A | Dividend | | | Sold | 06/30/20 | K | | |
| 311. WisdomTree Midcap Dividend DON | A | Dividend | | | Sold | 06/30/20 | J | | |
| 312. Doubleline Total Ret Bd-I DBLTX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 313. Doubleline Total Return Bond Fund DLTNX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 314. PIMCO Foreign Bond Inst PFORX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 315. Riverpark Short Term H/Y- RPHYX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 316. RiverPark Short Term High Yield Retail RPHIX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 317. Riverpark Strategic Income Ins Tl RSIIX | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 318. Thornburg Ltd Term Income I LTMIX | A | Int./Div. | | | Sold | 06/30/20 | K | | |
| 319. Wells Fargo Advantage Short-Term Bd A | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 320. Wells Fargo Advtg Short | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 321. SPDR Gold Shares GLD | A | Int./Div. | | | Sold | 06/30/20 | J | | |
| 322. Cash Balance Held by Captrust | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 323.  ANGEL OAK MULTI-STRATEGY INCOME INSTL ANGIX | A | Int./Div. | J | T | Buy | 06/30/20 | J | | |
| 324.  DOUBLELINE CORE FIXED INCOME FUND CLASS I DBLFX | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 325.  DOUBLINE SHILLER ENHANCED CAP CL I DLTNX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 326.  FID INTERMED BOND FTHRX | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 327.  FIDELITY 500 INDEX FUND FXAIX | A | Dividend | K | T | Buy | 06/30/20 | K | | |
| 328.  GUGGENHEIM TOTAL RETURN BOND FUND INSTITUTIONAL GIBIX CLASS | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 329.  HEALTH CARE SELECT SECTOR SPDR FUND XLV | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 330.  ISHARES 1-3 YEAR TREASURY BOND ETF SHY | A | Int./Div. | J | T | Buy | 09/04/20 | J | | |
| 331.  ISHARES MBS ETF MBB | A | Int./Div. | J | T | Buy | 12/15/20 | J | | |
| 332.  JP MORGAN LARGE-CAP GROWTH FUND SELECT CLASS SEEGX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 333.  MFS INTERNATIONAL GROWTH FD CL I MQGIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 334.  PIMCO INCOME FUND INSTITUTIONAL FUND PIMIX | A | Int./Div. | J | T | Buy | 06/30/20 | J | | |
| 335.  SCHWAB SMALL CAP INDEX SELECT SHS SWSSX | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 336.  T. ROWE PRICE QM US SMALL CAP GR EQ I TQAIX | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 337.  TECHNOLOGY SELECT SECTOR SPDR FUND XLK | A | Dividend | J | T | Buy | 06/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Immergut, Karin** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Immergut, Karin | 05/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karin Immergut**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544